UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 99-122** |
| | ) | **Criminal No. 00-126** |
| **JOSEPH DEES** | ) | **Criminal No. 01-156** |
| | | **ELECTRONICALLY FILED** |

### ORDER SETTING HEARING

On April 6, 2005 the Government filed a Motion for Issuance of an Arrest Warrant and to Revoke Supervised Release (document no. 51). On April 27, 2005, this Court granted the Motion for Issuance of an Arrest Warrant.

IT IS HEREBY ORDERED that a Hearing on Revocation of Supervised Release shall be held on *July 12, 2005 at 10:00 AM,* in Courtroom 7, 9th Floor, United States Post Office and Courthouse, Seventh Avenue and Grant Street, Pittsburgh, Pennsylvania.

The Probation Office is hereby ORDERED to provide the Court with its worksheet and a recommendation on or before *July 7, 2005*.

Counsel should be familiar with this Court's Practices and Procedures (see Court Practices and Procedures at www.pawd.uscourts.gov, link "court practice".)

**SO ORDERED** this 5th day of July, 2005.

_____
Arthur J. Schwab
United States District Judge

cc:    All counsel of record as listed below

Brendan Conway, Esquire
United States Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219


Linda E.J. Cohn, Esquire
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3716

United States Marshal Office
United States Probation Office