IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 99-122 |
| v. | ) | Criminal No. 00-126 |
| | ) | Criminal No. 01-156 |
| JOSEPH DEES | ) | (ELECTRONICALLY FILED) |

## MOTION TO CONTINUE SUPERVISED RELEASE HEARING

AND NOW comes the United States America, through its counsel, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said district, and respectfully submits the government's motion to continue the supervised release hearing until after resolution of the substantive charges in the matter captioned Criminal No. 05-172.

1. The Court has scheduled a hearing on the government's motion to revoke defendant's supervised release for July 12, 2005.

2. The bases for seeking the revocation of the defendant's supervised release are that he committed additional crimes that are the subject of Criminal No. 05-172, and other technical violations.

3. The defendant has been detained at Criminal No. 05-172, and therefore he will not be released until after resolution of that matter.

4. The government suggests that the Court continue the supervised release hearing until after resolution of Criminal No. 05-172 because of he is convicted, that will obviate the need for a lengthy hearing.

WHEREFORE, for the reasons set forth above, the government

respectfully requests that the Court continue the supervised release hearing until further order of the Court.

                                        Respectfully submitted,

                                        MARY BETH BUCHANAN
                                        United States Attorney

                                        <u>s/ Brendan T. Conway</u>
                                        BRENDAN T. CONWAY
                                        Assistant U.S. Attorney
                                        U.S. Post Office and Courthouse
                                        700 Grant Street
                                        Suite 400
                                        Pittsburgh, Pennsylvania 15219
                                        (412) 894-7348 (Phone)
                                        (412) 894-7311 (Fax)
                                        brendan.conway@usdoj.gov
                                        PA78726