IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 99-122 |
| v. | ) | Criminal No. 00-126 |
| | ) | Criminal No. 01-156 |
| JOSEPH DEES | ) | (ELECTRONICALLY FILED) |

<u>O R D E R</u>

AND NOW, on this _____ day of July, 2005, upon consideration of the government's motion to continue the supervised release hearing, it is hereby ORDERED that said motion is GRANTED. The supervised release hearing scheduled for July 12, 2005 is hereby continued until further order of this Court.

_____
ARTHUR J. SCHWAB
U.S. District Court Judge