IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        )
                                )
            v.                  )    Criminal Nos. 99-122
                                )    00-126, 01-156, 05-172
JOSEPH DEES                     )

**ORDER OF COURT**

AND NOW, to-wit, this _____ day of _____, 2005,

upon consideration of the Defendant Joseph Dees's

Motion for Release Pending Trial, it is hereby ORDERED,

ADJUDGED AND DECREED that said motion be and the same hereby

is

_____
Arthur J. Schwab
United States District Judge

cc:  Counsel of Record