IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Nos. 99-122, 00-126, |
| v. | ) | 01-156 and 05-172 |
| | ) | |
| JOSEPH DEES | ) | (ELECTRONICALLY FILED) |

O R D E R

AND NOW, on this _____ day of September, 2005, upon consideration of the defendant's Motion for Release Pending Trial, it is hereby ORDERED that said motion is DENIED AS MOOT because the defendant is in custody serving a sentence based on his violation of the conditions of his release.

_____
ARTHUR J. SCHWAB
U.S. District Court Judge