IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 99-122 |
| v. | ) | Criminal No. 00-126 |
| | ) | Criminal No. 01-156 |
| JOSEPH DEES | ) | (ELECTRONICALLY FILED) |

## AMENDED MOTION TO REVOKE SUPERVISED RELEASE

AND NOW, comes the United States of America, by it's attorneys, Mary Beth Buchanan, United States Attorney for the Western District of Pennsylvania, and Brendan T. Conway, Assistant United States Attorney for said District, and respectfully moves for an order of this Court revoking the defendant's supervised release. In support thereof, the government avers as follows:

1. The defendant was convicted of Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(2), and Interstate Transportation of Stolen Goods, in violation of 18 U.S.C. § 2314. Dees was involved in several different fraud scams, one of which involved calling individuals pretending to be a representative from the Court calling because the individuals failed to appear for jury service. Eventually Dees would obtain the individuals' identity information, and then use that identity information to commit fraud.

2. The defendant was sentenced to a period of imprisonment and three years supervised. He was only recently released from prison, and he was currently on supervised release prior to his arrest.

3. The Court has scheduled a hearing on the government's motion to revoke supervised release and the Probation Office's

related Petition, for September 29, 2005.

4. To provide the Court and the defendant with notice of all of the grounds on which the government will seek revocation of the defendant's supervised release, the government files this amended motion.

5. On June 16, 2005, a grand jury in the Western District of Pennsylvania returned an Indictment charging th defendant in two counts. Count One charges the defendant with Unauthorized Use of Access Devices, in violation of 18 U.S.C. § 1029(a)(2), and Count Two charges the defendant with Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1) (Criminal No. 05-172).

6. The government intends to seek revocation of the defendant's supervised release based, in part, on the criminal conduct charged in that Indictment, and intends to present the testimony of the case agent to summarize the evidence demonstrating the defendant's guilt as to those charges.

Respectfully submitted,

MARY BETH BUCHANAN
United States Attorney

s/Brendan T. Conway
BRENDAN T. CONWAY
Assistant U.S. Attorney
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, Pennsylvania 15219
(412) 894-7348 (Phone)
(412) 894-7311 (Fax)
brendan.conway@usdoj.gov
PA78726