IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-122 |
| | ) | Criminal No. 00-126 |
| JOSEPH DEES | ) | Criminal No. 01-156 |

HEARING MEMO re:
**Government's Motion for Revocation of Supervised
Release at Nos. 99-122, 00-126, 01-156**
Date hearing held: 9/29/05
Before Judge Arthur J. Schwab

Brendan Conway, Esquire
COUNSEL FOR GOVERNMENT

Linda E.J. Cohn, Esquire
COUNSEL FOR DEFENDANT

Hearing began: 9:30 AM                    Hearing concluded: 11:30 AM

Law Clerk: Nicole Moschetta               Stenographer: Rick Ford

Deputy Clerk: Sabrina Kraning

NOTED:

Defendant sworn; Government calls Ramona Clark (Probation Officer); David Shaffer (Postal Inspector); Defense calls Josephine Dees; Government makes oral argument as to offenses; Defense makes oral argument as to offenses;

**RE:**     **Government's Motion for Revocation of Supervised**

     **Release at Nos. 99-122, 00-126, 01-156**

Court finds that defendant has violated supervised release terms at Criminal Nos. 99-122, 00-126, 01-156; supervised release is hereby REVOKED; Government recommends 24 months BOP at each number and for sentences to run concurrently; **SENTENCE** as to Criminal Nos. 99-122, 00-126, 01-156: 24 months at each criminal no. with no additional supervised release

upon release; Issue of sentences running concurrent or consecutive to be briefed by parties;

**Parties Briefs due 10/20/05**; Court's decision on issue of sentence will be made thereafter and a Judgment Order will issue; adjourned.