IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 99-122 |
| | ) | Criminal No. 00-126 |
| JOSEPH DEES | ) | Criminal No. 01-156 |

**AMENDED JUDGMENT ORDER**

AND NOW, following a hearing on a petition for revocation of supervised release filed at the above referenced criminal numbers, this Court hereby sentences the defendant, JOSEPH DEES, as follows:

- Defendant is sentenced to consecutive terms of 24 months at Criminal Nos. 99-122, 00-126, and 01-156. Additionally, this Court recommends that defendant be enrolled in a mental health and a drug rehabilitation program during his confinement. No additional supervised release is imposed upon defendant's release from the Bureau of Prisons.

In all other respects the Judgment Orders signed by Judge Donald E. Ziegler dated October 26, 2001 remain in full force and effect.

SO ORDERED this 27th day of October, 2005.

_____
Arthur J. Schwab
United States District Judge

cc:   All counsel of record as listed below

Brendan Conway, Esquire
United States Attorney's Office
700 Grant Street, Suite 400
Pittsburgh, PA 15219

Linda E.J. Cohn, Esquire
Federal Public Defender's Office
1001 Liberty Avenue
1450 Liberty Center
Pittsburgh, PA 15222-3716

Ramona Clark, Probation Officer
United States Probation Office

United States Marshal's Office
Western District of Pennsylvania

Federal Bureau of Prisons
Community Corrections Office
William S. Moorhead Federal Building
1000 Liberty Avenue, Room 831
Pittsburgh, PA 15222