IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Case Nos.: 05-4949, 05-4950, 05-4951

---

UNITED STATES OF AMERICA

v.

JOSEPH DEES,

Appellant

---

On Appeal from the United States District Court
for the Western District of Pennsylvania
District Court Nos. 99-cv-122-01; 00-cr-126-01;
and 01-cr-156-01
District Judge: The Honorable Arthur J. Schwab

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
October 26, 2006

Before: SMITH, WEIS, and NYGAARD, *Circuit Judges*

---

JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Western District of Pennsylvania and was submitted on October 26, 2006. On consideration thereof, it is now ORDERED and ADJUDGED that the judgment of the

District Court entered on October 25, 2005, be and the same hereby is AFFIRMED. All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: November 8, 2006

Certified as a true copy and issued in lieu of a formal mandate on 1-26-07

Teste: Marcia M. Waldron
Clerk, U.S. Court of Appeals for the Third Circuit