OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 United States Courthouse
601 Market Street
Philadelphia PA 19106-1790

Marcia M. Waldron
Clerk

Telephone
267-299-4918

www.ca3.uscourts.gov

January 26, 2007

Mr. Robert V. Barth Jr., Clerk
United States District Court for the Western District of PA
Room 3100 United States Post Office & Courthouse
700 Grant Street, P.O. Box 1805
Pittsburgh, PA  15230

RE: Docket Nos. 05-4949, 05-4950, 05-4951
    USA  vs. Dees
    Nos. 99-cr-00122-1, 00-cr-00126-1, 01-cr-00156-1

Dear Mr. Barth:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter.  A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: *Phyllis Ruffin*
Phyllis Ruffin
Case Manager

Enclosure

cc:
    Karen S. Gerlach, Esq.
    Kimberly R. Brunson, Esq.
    Laura S. Irwin, Esq.
    Kelly R. Labby, Esq.